**MEMO ENDORSED**

## JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013
___

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

June 17, 2025

BY ECF
Hon. Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

**APPLICATION GRANTED**

_____
Hon. Victoria Reznik, U.S.M.J.
Dated: 6/17/2025

Re: *United States v Dawayn Lindsey,* 25 MJ 419

Your Honor:

I represent Dawayn Lindsey in the referenced case and am writing to ask for a change to his conditions of release. On or about February 21, 2025, Mr. Lindsey was released on the condition of a curfew, as directed by pretrial services, with electronic monitoring. Another condition was that he be permitted to travel to the Eastern District of Pennsylvania only for purposes of going to court or meeting with counsel. Since then, he has complied with all conditions of release.

Because of certain changes in hours and location of employment, the pretrial services office has suggested two changes: (1) the curfew be changed to "stand-alone monitoring, to be enforced by GPS monitoring" and, (2) that Mr. Lindsey be permitted to travel to the Eastern District of Pennsylvania also for purposes of employment. The government consents to this application.

Accordingly, we ask that this Court endorse these two proposed changes.

Respectfully submitted,

/s/
_____
James E. Neuman